UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GREGG A. STANFORD,

        Plaintiff,

              v.

OCWEN FEDERAL BANK, FSB,
OCWEN LOAN SERVICING, LLC,
and LASALLE NATIONAL BANK,

        Defendants.
_____/

NO. CIV. 2:10-1763 WBS GGH

ORDER OF RECUSAL

----oo0oo----

It was not brought to the court's attention until counsel for defendants filed their motion to appear by phone at the hearing on defendants' motion to dismiss that the Bank of America is the successor by merger to defendant LaSalle National Bank Association. Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must accordingly recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

1

1    IT IS THEREFORE ORDERED that the Clerk of the Court
2 reassign this case to another judge for all further proceedings,
3 making appropriate adjustments in the assignments of civil cases
4 to compensate for such reassignment.
5 DATED:   August 11, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE