**FILED**

FEB 2 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| GREGG A. STANFORD,<br><br>Plaintiffs<br><br>vs.<br><br>OCWEN FEDERAL BANK, FSB, OCWEN LOAN SERVICING, LLC; LASALLE NATIONAL BANK, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:10-CV-01763-JAM-GGH<br><br>HON. JOHN A. MENDEZ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS STRIKE FIRST CLAIM FOR PROMISSOR ESTOPPEL FROM SECOND AMENDED COMPLAINT<br><br><br>Complaint Filed: June 2, 2010<br>Trial Date:       None |

/ / /

/ / /

ORDER GRANTING

DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on February 23, 2011 at 9:30 a.m. before the above entitled Court, defendants Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB ("Ocwen"), and Bank of America, National Association as Successor by Merger to LaSalle National Bank Association, as Trustee for the Certificateholders of the Mortgage Pass-Through Certificates 1997-R2 ("BOANA" or "LaSalle") (erroneously sued as "Lasalle National Bank") (collectively "Defendants"), brought upon regular noticed motion a Motion to Strike the first claim for promissory estoppel from Plaintiff Gregg A. Stanford ("Plaintiff") Second Amended Complaint ("SAC"). Counsel for both Plaintiff and Defendants appeared at the hearing. District Court Judge John A. Mendez presided over the hearing.

After considering the moving papers, Plaintiff's written opposition, and Defendant's written reply, pleadings, the court file, any matters the Court took judicial notice of, and oral argument on the record, the Court **ORDERS** as follows:

Defendants' Motion to Strike the first claim for promissory estoppel from Plaintiff's Second Amended Complaint is **GRANTED** as follows:

1. Paragraphs thirty-seven (37) through forty-eight (48) of the Second Amended Complaint are hereby ordered stricken from the Second Amended Complaint.

2. _____

/ / /

/ / /

**IT IS SO ORDERED.**

DATED: _2-23-11_ , ~~2011~~

_[signature]_

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING
DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT

3