**FILED**

FEB 2 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| GREGG A. STANFORD,<br><br>Plaintiffs<br><br>vs.<br><br>OCWEN FEDERAL BANK, FSB, OCWEN LOAN SERVICING, LLC; LASALLE NATIONAL BANK, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:10-CV-01763-JAM-GGH<br><br>HON. JOHN A. MENDEZ<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br><br>Complaint Filed: June 2, 2010<br>Trial Date:      None |

///

///

---

ORDER GRANTING

DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

1

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that on Wednesday, February 23, 2011 at 9:30 a.m. before the above entitled Court, defendants Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank, FSB ("Ocwen"), and Bank of America, National Association as Successor by Merger to LaSalle National Bank Association, as Trustee for the Certificateholders of the Mortgage Pass-Through Certificates 1997-R2 ("BOANA" or "LaSalle") (erroneously sued as "Lasalle National Bank") (collectively "Defendants"), brought upon regular noticed motion a Motion to Dismiss the third and fourth claims of Plaintiff Gregg A. Stanford ("Plaintiff") Second Amended Complaint ("SAC"). Counsel for both Plaintiff and Defendants appeared at the hearing. District Court Judge John A. Mendez presided over the hearing.

    After considering the moving papers, Plaintiff's written opposition, and Defendant's written reply, pleadings, the court file, any matters the Court took judicial notice of, and oral argument on the record, the Court **ORDERS** as follows:

    Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED** as follows:

1. The Motion to Dismiss Plaintiff's third claim for Fraud is **GRANTED WITH PREJUDICE**.

2. The Motion to Dismiss Plaintiff's fourth claim for Violation of Business & Professions Code Section 17200 is **GRANTED WITH PREJUDICE**.

/ / /

/ / /

---

ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

2

1 **IT IS SO ORDERED.**

3 DATED: 2-23, 2011

_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

3